3:05MC341-MU

F I L E D
CHARLOTTE, N. C.

NOV 16 2005

U. S. DISTRICT COURT
DIST. OF N. C.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the

Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel

125 names for the service as 2006 GRAND JURORS for the United States District Court,

Western District of North Carolina, Charlotte Division. The first appearance of these

Grand Jurors is scheduled for Monday, January 23, 2006, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period

of time not to exceed eighteen months, including twelve regular terms of court convening

on January 23, 2006; February 27, 2006; March 27, 2006; April 24, 2006; May 22, 2006;

June 26, 2006; July 24, 2006; August 21, 2006; September 25, 2006; October 23, 2006;

November 13, 2006; and December 18, 2006; and any additional sessions or dates which

may be required.

This the 15th day of November, 2005.

Graham C. Mullen
Chief United States District Court Judge